UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE MCNEILL, | : |
| Plaintiffs, | : |
| v. | : No. 3:15-cv-00565-AWT |
| CENTURY FINANCIAL SERVICES, INC., | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

| PLAINTIFF | DEFENDANT |
|---|---|
| JACQUELINE McNEILL | CENTURY FINANCIAL SERVICES, INC. |
| __/s/_____ | _____/s/_____ |
| Angela K. Troccoli, Esq. | Sabato P. Fiano, Esq. |
| Kimmel & Silverman | Zeldes, Needle & Cooper, P.C. |
| 136 Main St., suite 301 | 1000 Lafayette Blvd., Suite 500 |
| Danielson, CT 06239 | Bridgeport, CT 06604 |
| Tel.: 860-866-4380 (direct) | Tel: 203-333-9441 |
| Fax: 860-263-0919 | Fax: 203-333-1489 |
| Email: atroccoli@creditlaw.com | Email: sfiano@znclaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED